JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case No. CV 19-03022-AB (AFMx) |
| Plaintiff-In-Interpleader, | |
| v. | **ORDER DISMISSING CIVIL ACTION** |
| ARLENE LARKIN and RACHEL HERNANDEZ, | |
| Defendants-in-Interpleader. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.

//

//

//

//

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 10, 2020  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE